UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIDGETT AMADECK and FELIX N. HANSEN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　　　　Defendants. | No.<br><br>NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL<br><br>(Removed from King County Superior Court Case No. 12-2-02641-6 SEA) |

TO:　　　　Plaintiffs, Bridgett Amadeck and Felix N. Hansen

AND TO:　　Plaintiffs' Counsel of Record, Kim Williams and Rob Williamson of Williamson & Williams.

---

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 1

621204 / 482.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1  **YOU ARE HEREBY NOTIFIED** that on February 13, 2012, defendants Capital One
2  Financial Corporation and Capital One Bank (USA), N.A. (collectively, "Capital One") filed
3  in the United States District Court for the Western District of Washington at Seattle a Notice
4  of Removal in the action above. Defendants have removed the lawsuit filed in the Superior
5  Court of King County, Case No. 12-2-02641-6 SEA along with the record of that Superior
6  Court. Attached hereto is a copy of Defendants' Notice of Removal of Action Pursuant to 28
7  U.S.C. §§ 1331, 1367, 1441, and 1446; Notice to Superior Court of Filing Notice of Removal;
8  and Declaration of Paul Smith, with exhibits.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

621204 / 482.0001

1  DATED this 13th day of February, 2012.

2  FORSBERG & UMLAUF, P.S.

By: *[signature]* ; for
John B. Hayes, WSBA #21009
Email: JHayes@forsberg-umlauf.com

By: *[signature]*
Paul S. Smith, WSBA #28099
Email: PSmith@forsberg-umlauf.com

Attorneys for Defendants Capital One
Financial Corporation and Capital One Bank
(USA), N.A.
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
Telephone: (206) 689-8500
Facsimile: (206) 689-8501

and

Aaron D. Van Oort*   MN #315539
Aaron.VanOort@FaegreBD.com
Erin L. Hoffman*     MN #0387835
Erin.Hoffman@FaegreBD.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Applications for Admission*
*Pro Hac Vice forthcoming*

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

621204 / 482.0001

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL on the following individuals in the manner indicated:

Ms. Kim Williams
Mr. Rob Williamson
Williamson & Williams
17253 Agate Street NE
Bainbridge Island, WA  98110
Facsimile:  206-780-5557
(X) Via U.S. Mail
(X) Via Facsimile
( ) Via Hand Delivery
(X) Via ECF

SIGNED this 13th day of February, 2012, at Seattle, Washington.

*Amy Jean Sears*

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 4

621204 / 482.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX